IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARSHALL B. LLOYD, individually
and on behalf of all others similarly situated,

       Case No:  2:19-cv-11319-RHC-APP

    Plaintiff,

       Hon. Robert H. Cleland

FORD MOTOR COMPANY, a Delaware
corporation,

    Defendant.
_____

## NOTICE OF APPEARANCE OF JASON J. THOMPSON

     PLEASE ENTER the appearance of Jason J. Thompson of the law offices of

SOMMERS SCHWARTZ, P.C., as another attorney of record for Plaintiff Marshall

B. Lloyd,  individually and on behalf of all others similarly situated persons, in the

within cause of action.

          SOMMERS SCHWARTZ, P.C.

          /s/ Jason J. Thompson
          SOMMERS SCHWARTZ, P.C.
          Jason J. Thompson
          Attorney for Plaintiff
          One Towne Square, Suite 1700
          Southfield, MI  48076
          (248) 355-0300
          jthompson@sommerspc.com
Dated:  May 28, 2019     P47184

CERTIFICATE OF SERVICE

I certify that on May 28, 2019, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Jason J. Thompson
Sommers Schwartz, P.C.
Jason J. Thompson
One Towne Square, Suite 1700
Southfield, MI  48076
(248) 355-0300
JThompson@sommerspc.com
P47184