UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARSHALL B. LLOYD

        Plaintiff(s),

v.

FORD MOTOR COMPANY

        Defendant(s).
_____/

Case No. 19-11319

Honorable Robert H. Cleland

**ORDER RE: DISQUALIFICATION OF JUDGE**

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: July 12, 2019

s/Robert H. Cleland
Robert H. Cleland
U.S. District Judge

Pursuant to this order, this case is reassigned to Judge David M. Lawson.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: July 12, 2019

s/N. Ahmed
Deputy Clerk