UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARSHALL B. LLOYD,

          Plaintiff(s),                    Case No. 19-11319

v.                                             Honorable David M. Lawson

FORD MOTOR COMPANY,          Magistrate Judge Anthony P. Patti

          Defendant(s).
                                          /

**ORDER OF RECUSAL AND REASSIGNMENT**

      A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: July 15, 2019                                  s/David M. Lawson
                                                           David M. Lawson
                                                           U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Judith E. Levy.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

      I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: July 15, 2019                                  s/N. Ahmed
                                                             Deputy Clerk