UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: FORD MOTOR CO. F-150
AND RANGER TRUCK FUEL
ECONOMY MARKETING AND
SALES PRACTICES LITIGATION

Case No. 2:19-md-02901

Sean F. Cox
United States District Court Judge

_____/

## JUDGMENT

For the reasons set forth in an Opinion and Order issued this date, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims in the First Amended Consolidated Master Class Action Complaint are DISMISSED.

This is a final order as it disposes of all claims asserted in the consolidated actions before this Court. The Clerk of the Court is directed to enter judgment in, and close, this case and all remaining member cases in this MDL (Case No. 19-11319, Case No. 19-11639, Case No. 19-11728, Case No. 19- 11993, Case No. 19-12015, Case No. 19-12035, Case No. 19-12080, Case No. 19-12135, Case No. 19-12309, Case No. 19-12310, Case No. 19-12373, Case No. 19-12375, Case No. 19-12377, Case No. 19-12427, Case No. 19-12436, Case No. 19-12437, Case No. 19-12438, Case No. 19-12554, Case No. 19-12895, Case No. 19-13197, and Case No. 20-12272).

IT IS SO ORDERED.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: February 23, 2022